UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

-----------------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA                          :
                                                  :           19 cr. 212 (VEC)
           - v. -                                 :
                                                  :           ORDER
Steve Campbell,                                   :
                                                  :
                        Defendant.                :
-----------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Friday,

December 6, 2019, will be held in Courtroom 15C, 500 Pearl Street.


     SO ORDERED:

Dated:     New York, New York
           December 3, 2019



           _____
                    VALERIE CAPRONI
                 United States District Judge