USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

STEVE CAMPBELL,

                       Defendant.

------------------------------------------------------------ X

S2 19-CR-212 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 6, 2019, the parties appeared for a change of plea hearing with this Court; and

    WHEREAS at the December 6, 2019 conference, Defendant waived indictment and entered a plea of guilty to Count 1 of the S2 Information; and

    WHEREAS the Court deferred ruling on Defendant's plea;

    IT IS HEREBY ORDERED THAT sentencing is scheduled for **March 16, 2020 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. Sentencing submissions from both sides are due not later than **March 2, 2020**.

**SO ORDERED.**

Date:  December 9, 2019
           New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**