USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

           -against-                                      19-CR-212 (VEC)

   STEVE CAMPBELL,                            ORDER

                              Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      The sentencing hearing currently scheduled for March 16, 2020, is adjourned to **April 17, 2020, at 2:00 P.M.** Sentencing submissions are due not later than **April 3, 2020**.

**SO ORDERED.**

Date: **January 24, 2020**                                             **VALERIE CAPRONI**
       New York, NY                                           **United States District Judge**