USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/03/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

STEVE CAMPBELL,

                        Defendant.
-------------------------------------------------------------- X

19-CR-212 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

The sentencing hearing currently scheduled for April 17, 2020, is adjourned to **June 30, 2020, at 2:00 P.M.** Sentencing submissions are due not later than **June 16, 2020**.

**SO ORDERED.**

Date: April 3, 2020
      New York, NY

                                 **VALERIE CAPRONI**
                                 **United States District Judge**