**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
    -against-                     :             **ORDER**
:
**Steve Campbell**                  :
:       1:19-cr-00212-VEC-3
:
:            Docket #
------------------------------------x


<u>Valerie Caproni</u>, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case
<u>Kenneth Paul</u> is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to <u>Richard Lind</u>, NUNC-PRO-TUNC <u>May 14, 2020</u>.
                      Attorney's Name

                        **SO ORDERED.**

          */s/ Valerie Caproni*  Date: 05/15/2020
          **UNITED STATES DISTRICT JUDGE**


**Dated:   New York, New York**
        May 15, 2020