USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2020

LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
140 Broadway, Suite 4611
New York, New York 10005

TELEPHONE: (212) 204-2574　　　　　　　　　　　E-MAIL: jacobbarclaymitchell@gmail.com
CELLULAR: (540) 273-3400　　　　　　　　　　　FACSIMILE: (212) 858-7750

**MEMO ENDORSED**

June 26, 2020

Honorable Valerie E. Caproni
United State District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY   10007

> Application GRANTED.  Mr. Campbell is advised to adhere to social distancing and mask-wearing guidelines.
>
> SO ORDERED.　　　　　Date: 06/29/2020
>
> */s/ Valerie Caproni*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

　　　Re:　United States v. Steve Campbell
　　　　　　19-cr-212 (VEC)

Dear Judge Caproni:

　　I represent Mr. Steve Campbell in the above referenced-matter. I write to request permission for Mr. Campbell to be able to travel to Brockton, MA.

　　Sadly, Mr. Campbell's nephew died this week. A memorial is being held on July 4, 2020 at 2pm. The memorial will take place at 580 Pearl Street Brockton, MA 02301. Exhibit A. Mr. Campbell wants to go be there for his brother and grieve with his family. His tentative plan is to leave July 2, 2020 and return July 6, 2020.  He would be staying with his brother, Tyon Campbell at the above address.

　　I spoke with his pretrial services officer, Muhammad Ahmed. Mr. Ahmed has no objection with the condition that Mr. Campbell email him his final itinerary once it is set. The government agrees with pretrial services so long as Mr. Campbell follows Mr. Ahmed's request.

　　If the request to travel is granted, defense counsel will email pretrial services Mr. Campbell's finalized itinerary as soon as it is available.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　_____/S_____

　　　　　　　　　　　　　　　　　　　　　　　Jacob Mitchell
　　　　　　　　　　　　　　　　　　　　　　　Richard Lind

# CELEBRATION OF LIFE
## Malik A Campbell



## SATURDAY JULY 4 @ 2PM
### 580 PEARL STREET
### BROCKTON, MA 02301

## Hosted by the Campbell Family