USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/10/2020

**Richard B. Lind**
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Telephone (212) 888-7725  Email: rlind@lindlawyer.com

MEMO ENDORSED

September 9, 2020

***By ECF***
Hon. Valerie E. Caproni
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re:    <u>United States v. Steve Campbell</u>
                  19 Cr. 212 (VEC)

Dear Judge Caproni:

       This letter is submitted on behalf of defendant Steve Campbell ("Defendant") who is scheduled to be sentenced by this Court on September 23, 2020. For the reasons stated herein, pursuant to Rule 3(A) of the Court's Individual Rules Regarding Sealing and Redaction, Defendant seeks permission to redact the names of minors and the telephone numbers of individuals. Defendant seeks to file medical records under seal. Defense counsel has contacted the government which does not oppose this request.

       Thank you for the Court's consideration of this application.

                                              Respectfully submitted,

                                              /s/
                                              Richard B. Lind
                                              Jacob Barclay Mitchell

cc:   AUSAs Adam Hobson, Louis Pellegrino (by ECF)

Application GRANTED.

SO ORDERED.

Date: 09/10/2020      */s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE