USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                     :
                                              :
        -against-                             :        19-CR-212 (VEC)
                                              :
STEVE CAMPBELL,                               :        ORDER
                                              :
                        Defendant.            :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the sentencing of Defendant Steve Campbell is scheduled for **Thursday,**

**October 29, 2020, at 2:00 P.M**.;

IT IS HEREBY ORDERED THAT the sentencing will be held in Courtroom 443 of the

Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York

10007.

IT IS FURTHER ORDERED that counsel traveling from restricted states may quarantine

in their state of residence immediately prior to traveling to New York, if they meet additional

criteria.  Please see the enclosed policy attached to this order.

IT IS FURTHER ORDERED that parties and interested members of the public not

traveling from a restricted state must meet the requirements of the SDNY COVID-19

COURTHOUSE ENTRY PROGRAM. Any person who appears at any SDNY courthouse must

complete a questionnaire and have his or her temperature taken.  Please see the enclosed

instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Please contact chambers promptly if you or your client do not meet the

requirements.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing

1-888-363-4749, using the access code 3121171 and the security code 0212.  All of those

accessing the hearing are reminded that recording or rebroadcasting of the proceeding is

prohibited by law.


**SO ORDERED.**

**Date:  October 14, 2020**
       **New York, NY**
                                   **VALERIE CAPRONI**
                                   **United States District Judge**

**Instructions for Courthouse Entry- Traveling from a Restricted State**

In lieu of quarantining in New York prior to entering the courthouse, subpoenaed witnesses and their attorneys who have traveled from Restricted States (i.e., states and territories with significant rates of transmission of COVID-19, as described in New York State Executive Order 205 and the Department of Health's COVID-19 Travel Advisory (https://coronavirus.health.ny.gov/covid-19-travel-advisory) may enter the courthouse provided they meet all of the following conditions:

1) Immediately prior to traveling to New York, such individuals must quarantine for 14 days in their state of residence;

2) During their travel to New York and for the entirety of their stay, such individuals must abide by all requirements applicable to essential workers traveling to New York for the medium term. *See* https://coronavirus.health.ny.gov/covid-19-travel-advisory. Specifically:

a. They must monitor temperature and signs of symptoms, wear a face covering when in public, maintain social distance, and clean and disinfect workspaces;

b. They must, to the extent possible, avoid extended periods in public, contact with strangers, and large congregate settings for a period of at least 14 days;

3) Upon arriving in New York, such individuals must report to a testing center and submit to a COVID-19 test, obtained from a nasal swab specimen through amplified Molecular testing performed by a certified lab, and may not enter the courthouse until they obtain a negative test result. Attached is a list of tests that are accepted and a list of tests that are not accepted. The individual will otherwise self-quarantine unless and until the individual obtains a negative test result;

4) Prior to entering the courthouse, such individuals must provide a negative response to all questions in the Court's screening questionnaire other than the question that pertains to out-of-state travel;

5) Such individuals must comply with all sanitary requirements while in the courthouse, including wearing masks and sanitizing their hands prior to entering any courtroom; and

6) Counsel for the party calling the witness must submit written confirmation to the Court that such individuals have complied with these steps, which must include proof of testing and a copy of negative test results, before the Court will permit entry.

**Tests that are accepted:**
Accepted Molecular test types:
- PCR / RT-PCR / ddPCR / Rapid PCR (Polymerase Chain Reaction)
- NAA / NAAT (Nucleic Acid Amplification)
- AMP PRB (Amplified Probe)
- LAMP (Loop-mediated Isothermal Amplification)

• TMA (Transcription-mediated Amplification)

Accepted Molecular test brands, such as, but not limited to:
- Abbott ID NOW
- Quidel Lyra PCR
- Abbott Realtime PCR
- Cobas Qualitative PCR
- FTD PCR
- Xpert Xpress
- Simplexa Direct PCR

**Tests that are not accepted:**
- Any at-home kits (the sample needs to be collected by licensed medical staff)
- Any test that does not rely on a nasal swab, such as:
  - Sputum, saliva and spit collection (spit in a cup, etc)
  - Gargle, oral rinse, etc
  - Oral swab without a nasal swab
- All Antigen (Ag) tests (including Quidel Sophia, Abbott BinaxNOW and Rapid Antigen Tests)
- All Antibody tests (such as IgG, IgA, IgM and Rapid Antibody Tests)
- All blood tests (such as fingerstick, venipuncture)
- All plasma tests
- All serum tests
- All lateral flow tests
- Any doctor's note

**Instructions for Courthouse Entry- Not Traveling from a Restricted State**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.