USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                    :
                                                             :
      -against-                                          :     19-CR-212 (VEC)
                                                             :
STEVE CAMPBELL,                                              :     ORDER
                                                             :
                                      Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the sentencing of Defendant Steve Campbell is scheduled for Thursday, October 29, 2020, at 2:00 P.M.;

WHEREAS the sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007; and

WHEREAS Defendant Campbell's counsel, Mr. Jacob Mitchell, has represented to the Court that he has met the requirements of the Southern District for New York entry policies for subpoenaed witnesses and their counsel;

IT IS HEREBY ORDERED THAT Mr. Mitchell must be allowed entry into the Thurgood Marshall United States Courthouse upon presentation of this Order, an acceptable test showing he is negative for COVID-19 dated within 24 hours of his arrival to New York, confirmation that he can answer no to all of the questions on the Courthouse's COVID questionnaire other than the one relative to travel from outside of New York, and a temperature of less than 100.4.

**SO ORDERED.**

**Date:  October 29, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**