USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,              :
                                                          :
    -against-                                      :      19-CR-212 (VEC)
                                                          :
STEVE CAMPBELL,                                :      ORDER
                                                          :
                                    Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 6, 2019, Mr. Campbell pled guilty to the offense of conspiracy to distribute and possess with intent to distribute cocaine, Dkt. 140;

       WHEREAS on December 6, 2019, the Court deferred acceptance of Mr. Campbell's guilty plea;

       WHEREAS on October 29, 2020, the Court sentenced Mr. Campbell; and

       WHEREAS the Court neglected to formally accept Mr. Campbell's guilty plea on October 29, 2020;

       IT IS HEREBY ORDERED, *nunc pro tunc*, that the Court finds that there was an adequate factual basis for Mr. Campbell's guilty plea; that Mr. Campbell understood at the time of his plea the rights he was giving up and waived those rights knowingly and voluntarily; the Court further finds that Mr. Campbell understood the consequences of his plea, including the potential sentence that could be imposed.  Because the Court finds that the Defendant's plea was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crime(s) charged, the Court accepts Mr. Campbell's guilty plea.

**SO ORDERED.**

Date:  October 30, 2020
           New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**