USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020



LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574　　　　　　　　　　　　E-MAIL: jacobbarclaymitchell@gmail.com
CELLULAR: (540) 273-3400　　　　　　　　　　　　FACSIMILE: (212) 858-7750

November 13, 2020

Honorable Valerie E. Caproni
United State District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY   10007

　　　　Re:　<u>United States v. Steve Campbell</u>
　　　　　　　19-cr-212 (VEC)

Dear Judge Caproni:

　　I represent Mr. Steve Campbell in the above referenced-matter. I write to request that Mr. Campbell be permitted to have his passport returned to him for the purposes of submitting it to the Social Security Administration to secure his disability benefits.

　　I have corresponded with his probation officer, Javier Enciso and the government. They have no objection to this request.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　_____/S_____

　　　　　　　　　　　　　　　　　　　　　　　　Jacob Mitchell
　　　　　　　　　　　　　　　　　　　　　　　　Richard Lind

---

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*　　Date: November 13, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED